Robert S. Bradley, Respondent, v. Charles Sweeny, Appellant. (Action No. 5.) — Order affirmed, with ten dollars costs and disbursements. No opinion.

John P. Thomas, Jr., as Ancillary Administrator, etc., of Anna T. Gilliam, Deceased, Appellant, v. Guaranty Trust Company of New York, as Trustee, etc., and Others, Respondents. Davies, Stone & Auerbach, Respondents.— Judgment affirmed, with costs. No opinion.

George E. Wood and Henry P. Wood, Respondents, v. Scottish Union and National Insurance Company, Appellant.— Judgment affirmed, with costs. No opinion.

Annie Keitt Whaley, Appellant, v. The City of New York, Respondent.— Judgment affirmed, with costs. No opinion. (Patterson, P. J., and Clarke, J., dissenting on the ground that there was a question for the jury.)

Charles E. Clarke, Respondent, v. Herman C. G. Luyties, Appellant.— Judgment and order affirmed, with costs. No opinion. (Houghton, J., dissenting.)

John C. Rodgers, Jr., Appellant, v. The City of New York, Respondent.— Judgment and order affirmed, with costs. No opinion.

In the Matter of the Judicial Settlement of the Account of Marie A. Leary and George Leary, as Executors of Sylvester N. Leary, Deceased, Appellants. Mary C. Leary, Individually and as Administratrix, etc., of James D. Leary, Deceased, Appellant; Hendricks Brothers, Respondent.— Decree affirmed, with costs against the appellants personally. No opinion. (Ingraham, J., dissenting.)

Continental Insurance Company, Respondent, v. New York Gas and Electric Light, Heat and Power Company and Others, Appellants.— Judgment and order affirmed, with costs. No opinion.

Knickerbocker Trust Company, Trustee, Respondent, v. O'Rourke Engineering Construction Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

Carl Schefer, Appellant, v. Thomas R. Ball, Respondent.— Judgment affirmed, with costs. No opinion.

The People of the State of New York ex rel. Lispenard Stewart, Individually and as Executor and Trustee under the Will of William C. Rhinelander, Deceased, and Others, Appellants, v. Thomas L. Feitner and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents. (Proceeding of 1899.) — Order affirmed, with costs and disbursements. No opinion.

The People of the State of New York ex rel. David W. Bishop, Appellant, v. Thomas L. Feitner and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents. (Proceeding of 1899.)— Order affirmed, with costs and disbursements. No opinion.

The People of the State of New York ex rel. William Rhinelander, Lispenard Stewart, as Executors and Trustees of the Estate of William C. Rhinelander, Deceased, and Others, Appellants, v. Thomas L. Feitner and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents. (Proceeding of 1900.) — Order affirmed, with costs and disbursements. No opinion.

The People of the State of New York ex rel. Florence V. C. Bishop and Others, as Executors and Trustees of David W. Bishop, Deceased, Appellants, v. Thomas L. Feitner and Others, as Commissioners of Taxes and Assessments of the City